UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS FLAUGHER,<br>　　　　Plaintiff,<br>　　v.<br>SAN FRANCISCO HOUSING,<br>　　　　Defendant. | Case No. 17-cv-00727-DMR<br>**ORDER RE PLAINTIFF'S MOTION FOR APPOINTMENT OF PERMANENT HOUSING**<br>Re: Dkt. No. 16 |

On May 31, 2017, the court dismissed this action without prejudice for failure to state a claim. [Docket No. 15]. Following the dismissal, Plaintiff filed a "Motion for Appointment of Permanent Housing," in which he requests an affordable housing assignment. [Docket No. 16]. Plaintiff's request is beyond the scope of this court's authority, so the court cannot grant the relief Plaintiff seeks. Additionally, Plaintiff's Complaint has been dismissed, so Plaintiff's case is now closed. The court will not respond to similar future submissions.

**IT IS SO ORDERED.**

Dated: June 8, 2017



_____
Donna M. Ryu
United States Magistrate Judge